Argued and submitted June 27, affirmed November 13, 2002, petition for review denied February 11, 2003 (335 Or 196)

ROBERT TROY STAUNTON,
*Appellant,*

*v.*

Jean HILL,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

CV00-1541; A115823

57 P3d 950

William S. Brennan argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder* and Wollheim, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

_____

* Linder, J., *vice* Warren, S. J.